954

No. 545. McCLURE v. McCAUSLAND MOTORS, INC. Supreme Court of Pennsylvania. Certiorari denied.

No. 550. MARCHITTO v. WATERFRONT COMMISSION OF NEW YORK HARBOR. Court of Appeals of New York. Certiorari denied. *Leonard B. Boudin* and *Victor Rabinowitz* for petitioner. *William P. Sirignano* and *Irving Malchman* for respondent.

No. 552. ESTATE OF GARTLAND v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Sol Goodman* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Joseph Kovner* for respondent.

No. 558. LEVENSON v. MILLS, U. S. ATTORNEY. C. A. 1st Cir. Certiorari denied. *Harold Rosenwald* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondent.

No. 560. TRAHER ET UX. v. DE HAVILLAND AIRCRAFT OF CANADA, LTD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Philip J. Lesser* and *I. Irwin Bolotin* for petitioners. *Frank F. Roberson* and *E. Barrett Prettyman, Jr.* for respondent.

No. 565. ARIS GLOVES, INC., v. UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *Raoul Berger* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.